7jgmtwoh (7/15)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

*In Re:*  Eric Wayne Zeller
*Debtor*

*Bankruptcy Case No.*
15–43548–can7

**United States Trustee**
   Plaintiff(s)

*Adversary Case No.*
16–04045–can

v.

**Eric Wayne Zeller**
   Defendant(s)

## JUDGMENT

      The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: that the Motion for Default Judgment is GRANTED; ORDERED AND ADJUDGED that the discharge of Defendant Eric Wayne Zeller be, and hereby is, DENIED; and it is further; ORDERED AND ADJUDGED that the Clerk shall enter a final judgment and a notice of no discharge consistent with this order.
The parties shall bear their own costs.



PAIGE WYMORE–WYNN
Court Executive

By: /s/ Jamie McAdams
    Deputy Clerk

Date of issuance: 8/3/16

Court to serve